IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MYSPACE, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 11-318-UNA |

NOTICE OF VOLUNTARY DISMISSAL
<u>AS TO CRITERION CAPITAL PARTNERS, L.P.</u>

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Walker Digital, LLC hereby voluntarily dismisses the above-captioned action against Defendant Criterion Capital Partners, L.P., without prejudice, with each party to bear its own attorneys fees and costs.

| | |
|---|---|
| April 15, 2011 | BAYARD, P.A. |
| Of Counsel: | /s/ *Richard D. Kirk (rk0922)*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952) |
| Marc A. Fenster<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, California 90025<br>mfenster@raklaw.com<br>(310) 826-7474 | 222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrarueman@bayardlaw.com<br><br>*Attorneys for Plaintiff Walker Digital, LLC* |