IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WALKER DIGITAL, LLC**<br><br>    Plaintiff,<br><br>v.<br><br>**MYSPACE, INC., ET AL.**<br><br>    **Defendants.** | C.A. No. 11-318-LPS |

**DECLARATION OF ANDREW D. WEISS IN SUPPORT OF PLAINTIFF WALKER DIGITAL, LLC'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Andrew D. Weiss, declare and state as follows:

1. I am a member of the State Bar of California and a partner at the firm of Russ, August & Kabat, counsel of record for Plaintiff Walker Digital, LLC in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 5,884,270 (the "'270 patent"), dated March 16, 1999.

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 5,884,272 (the "'272 patent"), dated March 16, 1999.

4. Attached as Exhibit C is a true and correct copy of excerpts from The American Heritage College Dictionary, Fourth Edition (2007).

5. Attached as Exhibit D is a true and correct copy of excerpts from Webster's New World College Dictionary, Fourth Edition (2000).

6. Attached as Exhibit E is a true and correct copy of excerpts from Encarta Webster's Dictionary of the English Language, Second Edition (2004).

7. Attached as Exhibit F is a true and correct copy of excerpts from an Amendment, dated October 7, 1998, submitted to the Patent and Trademark Office during the prosecution of the '272 patent.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of June, 2012 at Los Angeles, California.

By: /s/ Andrew D. Weiss
Andrew D. Weiss