

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email: sbrauerman@bayardlaw.com

June 25, 2012

**BY CM/ECF & HAND DELIVERY**

The Honorable Leonard P. Stark  
United States District Judge  
United States District Court for the District of Delaware  
844 King Street  
Wilmington, DE 19801

    Re:    *Walker Digital, LLC v. Google, Inc., et al.*, C.A. No. 11-318-LPS

Dear Judge Stark:

    Enclosed for Your Honor's review please find a copy of Walker Digital, LLC's technology tutorial in the above captioned matter. Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

    Respectfully Submitted,

    */s/ Stephen B. Brauerman*

    Stephen B. Brauerman (No. 4952)

SBB:tm  
cc:    Counsel of Record