## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WALKER DIGITAL, LLC,                              :
                                                  :
    Plaintiff-Counterdefendant,           :
                                                  :
v.                                                :    C.A. No. 11-318-LPS
                                                  :
GOOGLE, INC.                                      :
                                                  :
    Defendant-Counterplaintiff.           :

## ORDER

At Wilmington this **3rd** day of **September, 2014**:

For the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1.    Defendant Google, Inc.'s ("Google" or "Defendant") Motion for Summary Judgment of Invalidity and Non-Infringement Under Doctrine of Equivalents of U.S. Patent No. 5,884,270 ("the '270 patent") and U.S. Patent No. 5,884,272 ("the '272 patent") and for Default Judgment Against Walker Asset Management LP (D.I. 250) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a.    Google's motion for summary judgment of invalidity of the '270 patent and the '272 patent due to lack of patentable subject matter is **GRANTED**.

    b.    Google's motion for summary judgment of invalidity of the asserted claims in the '270 patent due to indefiniteness is **DENIED AS MOOT**.

    c.    Google's motion for summary judgment of non-infringement of the

asserted claims of the '270 patent and the '272 patent under the doctrine of equivalents is **DENIED AS MOOT**.

        d.      Google's motion for default judgment against Walker Asset Management LP is **DENIED AS MOOT**.

2.      Google's Motion to Preclude Walker Digital LLC's ("Walker" or "Plaintiff") Damages Expert (D.I. 252) is **DENIED AS MOOT**.

3.      Walker's Motion for Partial Summary Judgment (D.I. 257) is **DENIED AS MOOT**.

4.      Walker's Motion to Exclude Opinions and Evidence Regarding Non-Infringing Alternatives (D.I. 260) is **DENIED AS MOOT**.

5.      Walker's Motion to Exclude Opinions of Defendant Google, Inc.'s Damages Expert (D.I. 262) is **DENIED AS MOOT**.

 

_____
UNITED STATES DISTRICT JUDGE